IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMOTHY GULLETT,                :
                                :
    Plaintiff,                  :
                                :
vs.                             : CIVIL ACTION NO. 11-00082-KD-M
                                :
ROGER GOODMAN, et al,           :
                                :
    Defendants.                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that plaintiff Timothy Gullett's claims against defendants Warden Roger Goodman, Sergeant David Brown, and Officer Richard Waugh are dismissed with prejudice.

It is further ORDERED that Gullett's claims are dismissed because he failed to comply with this Court's orders. Initially, Gullett was ordered to immediately advise this Court of a change in address and warned that dismissal of his action may result from failure to follow this Court's orders.(Doc. 7, p. 4; Doc. 10, p. 3). The report and recommendation was mailed to Gullett at the address he provided; the Dallas County Jail. However, the

report and recommendation was marked "Return to Sender" "UTF" (unable to forward) and returned to this Court. (Doc. 24). Therefore, Gullett failed to obey this Court's order that he immediately provide his change of address if he is transferred or released.

**DONE** this 3rd day of January, 2012.

<u>s/Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**