```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

TIMOTHY GULLETT,                       :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :  CIVIL ACTION NO. 11-00082-KD-M
                                       :
ROGER GOODMAN, et al,                  :
                                       :
    Defendants.                        :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that plaintiff Timothy Gullett's claims against defendants Warden Roger Goodman, Sergeant David Brown, Officer Richard Waugh, Officer King, and Officer Barlows are dismissed with prejudice.

    **DONE** this 16th day of April, 2012.

                                                    s/Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**