**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY GULLETT,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION NO. 11-00082-KD-M** |
| **ROGER GOODMAN, et al,** | **:** | |
| **Defendants.** | **:** | |

**ORDER**

In accordance with the order entered this date, it is ORDERED, ADJUDGED and

DECREED that this action is DISMISSED with prejudice.

**DONE** this 5th day of June, 2012.

<u>s/Kristi K. DuBose</u>
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**